<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION, | No.16-cv-5712 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| YETI COOLERS, LLC, | |
| Defendant. | July 17, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 30, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Defendant Yeti Coolers, LLC's motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction be granted. Neither Plaintiff nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 28) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton</u>, U.S.D.J.

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre